IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED

2006 FEB 22 P 3: 45

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

| | |
|---|---|
| ZANDRA THORNTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. |
| | ) CV 1:06CV162-WKW |
| JC PENNY COMPANY, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE OF NOTICE OF REMOVAL

COMES NOW Eris Bryan Paul, attorney for the Defendant, JC Penny Company, Inc., and certifies and shows unto this Court that on the 21 day of February, 2006, he did serve upon the Clerk of the Circuit Court for Houston County, Alabama, a true and correct copy of the Notice of Removal filed herein, and that attached to said Notice of Removal were true and correct copies of the original Summons and Complaint, originally filed in the Circuit Court for Houston County, Alabama.

Respectfully submitted this the 21 day of February, 2006.

_____
RICHARD E. BROUGHTON
ERIS BRYAN PAUL
Attorney for JC Penny Company, Inc.

OF COUNSEL:
BALL, BALL, MATTHEWS & NOVAK, P.A.
2000 Interstate Park Drive, Suite 204
Post Office Box 2148
Montgomery, Alabama  36102-2148
Phone:  (334) 387-7680
Fax:     (334) 387-3222

2

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served on the following counsel of record:

Hon. Stephen R. Hamner
Post Office Box 7111
Dothan, AL 36302

by placing same in the U.S. mail postage prepaid on this the 21 day of February, 2006.

_____
OF COUNSEL