IN THE UNITED STATES DISTRICT COURT
FOR THE MDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

ZANDRA THORNTON,    *
                   *
   Plaintiff,      *
                   *
vs.                *    CIVIL ACTION NO.: 1:06cv162-WKW
                   *
JC PENNEY COMPANY, INC., et al.,    *
                   *
   Defendants.     *

## JOINT STIPULATION OF DISMISSAL

Come now the parties, by and through their respective attorneys, and hereby agree to dismiss all claims of Plaintiff against Defendant in this matter, with each party bearing her/its own costs.

DATED this the 1st day of May, 2006.

STEPHEN R. HAMNER<br>
Attorney for Plaintiff

**OF COUNSEL:**

P.O. Box 7111
102 South Orange Avenue
Dothan, AL 36302
Telephone:  (334) 673-1800
Telefax:    (334) 673-1933

_/s/ R. E. Broughton_
RICHARD E. BROUGHTON  BRO043
Attorney for Defendant

**OF COUNSEL:**

Ball, Ball, Matthews & Novak, P.A.
2000 Interstate Park Drive
Suite 204
Montgomery, AL  36109
Ph. (334) 387-7680
FAX (334) 387-3222