IN THE UNITED STATES DISTRICT COURT
FOR THE MDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ZANDRA THORNTON, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | CIVIL ACTION NO.: 1:06cv162-WKW |
| | * | |
| JC PENNEY COMPANY, INC., et al., | * | |
| | * | |
| Defendants. | * | |

## ORDER OF DISMISSAL

Upon the Joint Stipulation of the Plaintiff, Zandra Thornton, and Defendant, JC Penney Company, Inc., it is hereby ORDERED, ADJUDGED and DECREED,

That all claims of Zandra Thornton, in the above-styled cause, are hereby DISMISSED WITH PREJUDICE, with each party bearing his or its own costs.

DONE this the _____ day of _____, 2006.

_____
CIRCUIT JUDGE

cc:

Stephen R. Hamner, Esq.
Richard E. Broughton, Esq.