IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ZANDRA THORNTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:06-cv-00162-WKW |
| | ) |
| J.C. PENNEY COMPANY, INC., et al., | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

The parties filed a Joint Stipulation of Dismissal (Doc. # 7). Pursuant to Federal Rule of Civil Procedure 41(a)(1), it is hereby ORDERED that this civil action is DISMISSED with prejudice.

An appropriate judgment will be entered.

Done this the 9th day of June, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE